May it please the Court, Thad Geyer, Medford, Oregon, for Petitioner Casey Ruud on the brief with the Government Accountability Project. I have you down for Seattle, Washington. Yes, well, when I'm working with the Government Accountability Project, that's the address I use. Okay. Go ahead. Your Honors, the Administrative Review Board, in this case, in 2002, should have given Mr. Ruud specific notice of the grounds and the authorities that it was going to rely upon for reconsideration. And the reason that the ARB should have done that is the grounds upon which it adopted this settlement and dismissed the case were completely different from the grounds that the parties had briefed, really, in passing in the briefs to the 2002 ARB. The parties had briefed only three issues to the 2002 ARB. Where are these briefs in the records? Pardon me? Where are these briefs in the records? The briefs are in the... The excerpts. They're in the excerpts of the records. Okay. That's why you're talking to me. The primary place where they are is in the supplemental excerpts of the record by the respondent. That's pretty much what the whole excerpts are, all of the briefing on that. And on page 6 of Mr. Ruud's reply brief, just 6 to 7, is where we give a summary of what those three issues were that were presented to the ARB for reconsideration. Those three issues... And in your opening brief, where does it appear? There's very little discussion. There's no discussion of it that I can recall in the opening brief. No, I didn't see any either. So you got around to it in the reply brief. Is that because of something that came up in the red brief that you had to respond to? Yes. It's because of what's in the green brief. The intervener Westinghouse then made the specific arguments as to what the issues were. Well, go ahead. I just wondered. All right. Thank you. We had a reference to the issues in our opening brief, and we had short excerpts of what the arguments were in our initial access of the record. But the three issues that both parties did brief to the ARB were just three. First, that a State court action that Mr. Ruud had filed in Benton County, Washington, had been dismissed on summary judgment without opinion, and Westinghouse argued that that should give grounds for the adoption of the settlement, a reconsideration of the Clinton administration's rejection of the settlement. Secondly, that the Supreme Court's decision in Best Foods, which set forth a standard for determining the identity of interest between two corporate entities, here Westinghouse-Hanford and Westinghouse-Savannah River, should be applied for purpose of reconsideration, so that the court would essentially find that the actions of Westinghouse at Savannah River could not constitute a breach of the settlement at Westinghouse-Hanford. And third, that the settlement in the South Carolina tort action released all claims, and therefore, because it released all claims, it effectively constituted a waiver by Mr. Ruud, by Mr. Ruud of his arguments that there could be any additional proceedings on the 1988 case for which we're here today. Those were the only issues that were briefed. And as I say, those were basically briefed in passing. And the reason that they were briefed effectively in passing is because the ALJ, after the 1997 remand by the ARB to the ALJ, then held hearings, went through the facts. And what the ALJ said in its 1988 recommended 1998 recommended decision in order, which ultimately went and was reversed basically by the 2002 ARB, is I'm not going to suggest again or even address the issue of whether or not this settlement should be implemented, because the 1997 ARB that has given me this case on remand has said that that issue is done. It's decided. They have decided it is not in the public interest to adopt that settlement, and therefore, I'm not going to deal with it. So you have the anomalous situation, basically, of the parties relying upon, at least Mr. Ruud relying upon, the 1997 ARB decision, relying upon the administrative law judge in 1998, who really kind of states, I think, kind of a due process conscience in saying that that issue is done. And then it goes up to the administrative review board, and Mr. Ruud deals with the issue in passing, knowing that the Westinghouse at every point argues this. But let's go back to the question of whether the law of the case question and the reconsideration argued before the agency the last time around. I now have pieces of brief in front of me, and it certainly seems that it's at least mentioned where he says that it was law of the case, and the reply brief says it isn't law of the case. And why is that? Because that did not follow from a recommended decision in order of the ALJ. The question is essentially one of whether the parties are on notice what the reviewing tribunal is going to be focusing on in this decision, and where you have the administrative law judge basically saying, no, I'm not going to hear anything. I'm not going to enter any findings. I'm not going to cite any facts. I'm going to do absolutely nothing. And then there was briefing, and one party said, and this happened recently, a Mont Blanc case. Go back to an earlier ruling and decide it again. And the other side said no, and the third party said yes. So it was argued in the briefs. Do we then have to tell you whether we're going to listen to that recommendation or not before we decide it? I don't think that there would be the – I don't think that there would – there's no restriction on your power to decide without giving that notice. But there is very strong judicial precedent in the Ninth Circuit that would say that where the court is going to consider an essentially different grounds or new grounds that additional briefing is requested.  And that's not true. In terms of our procedure, that's not true. If we're going to decide something that wasn't briefed, but this was briefed, you're now saying that the court had to say in advance whether it was going to take that issue on, even though it was briefed, because the lower agency had not. In other words, it's not that it wasn't briefed. It was briefed. It wasn't briefed on the issues that either of the parties. The law of the case issue wasn't briefed. I was just reading it and seeing it. It's not extensively briefed, but it's briefed. It's – it is briefed. It is – it's included in the brief. But the law of the case, basically, as the Court knows, is simply a rule of when reconsideration of a prior ruling is appropriate. And the very – the idea from a fairness standpoint, and I do believe that, again, that my belief is that the jurisprudence of this Court, as well as of the U.S. Supreme Court, is that the courts normally will give notice as to – specifically send out letters or orders requiring the parties to – to brief a matter because the court can see that it's going to go to a completely different focus than the parties were arguing. And I think that that's a – that where the parties were arguing something completely different, where the lower court didn't deal with the issue at all, but instead found that it was a dead issue, it's really a matter of whether or not, at least in the agency context, whether or not that constitutes arbitrary and – and capricious behavior by the Administrative Review Board. And our position, obviously, is that – is that it does. If I may be – and, of course, we cited the Dunn and Bradstreet v. U.S. Postal Service case, the Second Circuit case in 1991, that – which is cited on page 16 of our opening brief, which is that – that the – it's widely accepted the agency can, on its – on its own motion, reconsider a matter on any grounds that it wants, but that when it does so, it ought to be giving notice to the parties. The – the – what – what essentially happened here, the – the crux of – of the disagreement between the – between the 1997 Clinton Administration Board and the 2002 Bush Administration Board is whether or not it was in the public interest that the settlement should be adopted. The – the – the Clinton Administration found that – that – that because of all of this subsequent retaliatory conduct at Westinghouse Savannah River, that – that the – that it was no longer in the best interests of the – of the government in its administration of these statutes to be able to let this settlement go through. And the reason – I think I have a system where you enter into a settlement agreement, but it's not operative until the government – until the Secretary of Labor approves it, right? That's correct. All right. So does that mean that there was no operative contract to breach over this time period? I don't understand that. I mean, in other words, if – if the agreement doesn't exist, then it presumably can't be breached. But it does seem to exist in some sense or another. Yes. It appears to me that – that – that it would – that the settlement would exist to the extent that Washington contract law would acknowledge it to exist. And there may be an unjust enrichment as well. So, for example – There was actually a suit on it, right, in Washington? There – yeah, there was a tort suit in Washington. I see. Was that a contradiction? I don't believe it was a contract suit. But I agree with that characterization of it, is – is there a settlement agreement to actually be briefed? As – as both the government brief and our brief point out, that the – that this is very different than general civil litigation, because the real parties to a settlement agreement in a Department of Labor whistleblower claim are the – are the Department of Labor and the alleged retaliating employer, because the Department of Labor is trying to effectuate important public policies so that a flow of information under these environmental statutes, in this case so that the Department of Energy can properly regulate, do not allow retaliation that would cut off that flow of information. And so it – it's completely within the – within the authority of the government that, by the time that settlement reaches, to look at whether or not there has been not just the four corners, whether or not it appears fair and equitable, but whether or not there has been a change of circumstances. In that regard, I would urge the Court that the – to the government's rendition of – of the law and of the – of the 2002 decision, and that would be on – in the government's brief, pages 23, 24, and 25. But what the government points out is that the – is that the law of the case doctrine within the Department of Labor, and that it does exist within the Department of Labor with respect to settlements, is that the – is that the board will not adopt a settlement if – if there is a material change in circumstances that would justify rejecting that settlement. And that was the – the – the bailout versus bed systems case in – in 2000 cited by the board. And the board itself said on page 25 of the government's brief that this would be the law of the case, quote, where the parties have negotiated the settlement, they are bound to their initial consent until the secretary has time to review the settlement. Where the circumstances have not changed materially, we will hold the parties to the terms of their settlement agreement and approve the agreement. So what you have is a situation here where you have Westinghouse-Savannah River, and after the settlement is signed, but before it's adopted by the secretary of labor, three of the employees of Westinghouse-Hanford relocate to Westinghouse-Savannah River, including a lawyer for Westinghouse-Hanford that was involved in – in the settlement with Mr. Rood. And then they interfere with his employment there. And what the – what the Clinton Administration ARB said is that for purposes of our regulation, that does constitute a change of circumstances, although the language that was used by both seems to be this breach. But I agree with you. The settlement has never been adopted. Is breach actually the term – the term we want to use? But what we – but what is clear is that – is that where by the time the settlement gets to the Department of Labor, it appears that the employer is continuing on – on a course of – of misconduct. Could there be an additional action? There probably could be. Depends on these very short statute of limitations, 30 days. Or could the Department of Labor in its regulatory function say what we need to do here is view this as a continuity of conduct? It's with the same employer. We're not going to close this case out. We're not going to accept this settlement. We want these facts developed and we want it developed on this – this issue, and that's what was done. The question is whether or not the – the – a new ARB for a new administration can, without notice to the parties, simply go ahead and say, we now think that the decision – The practical matter was a notice that made any difference. Would I win on remand with this ARB? I doubt it. Would I win on the – on the – on remand of – of – with the – with the Kerry administration ARB? I think I would. So if – this is a case that takes a long – I mean, here we are in year 15. I don't know when on remand of this case that the matter would be heard. So I don't really know. But I think that we would have a way better developed record for purposes of appeal. It's purely legal. That's the problem. It is. It's purely – purely legal. Did you want to say a little bit about that?  Thank you very much for your argument. Counsel? Ms. Brenner? Is this in the right place? Hello. My name is Joan Brenner, and I represent the Secretary of Labor in this case. This case is actually – Ms. Brenner. I beg your pardon? Somebody ask me something? Oh, I thought somebody asked. This case is actually about whether the Administrative Review Board was correct in deciding that the law of the case doctrine does not apply in this case. Rood had argued that the law of the case doctrine should be applied in this case, and the Board was correct in determining that its previous decision on the settlement agreement was right – was wrong, was clearly erroneous. That's not really what you want us to decide. I think what you want us to decide is that it was up to the Board. Yes, that the Board – And not whether it was right or wrong. Correct. Correct. That the Board was correct in making a determination that it did not apply. That's correct. The Board made a correct ruling that the law of the case should not be applied to this case. You want us to review on the merits of the question of whether the Board should have applied the law of the case rather than deferring to the Board's ability to make up its mind about whether to apply the law of the case or not when it wants to? You're talking about whether the Board has the authority, the inherent authority to reconsider its decisions? Essentially. Go ahead. Well, we argue that the law – that the Board was correct in not applying the law of the case doctrine in this case because its earlier ruling had been clearly erroneous, and we showed the Court the ways in which it was. But the whole point of law of the case is to insulate clearly erroneous rulings, right? In other words, if your rule of law of the case is, well, we won't apply when our earlier decision was wrong, then you don't have a law of the case rule. You have none. You don't have a law of the case ruling. You – Rule. In general, you don't have one because the whole point of law of the case is to not look at whether the earlier decision was right or wrong, right? Why wouldn't you look at it? The Board doesn't have to. That's why you – that's what law of the case means. It's like res judicata. You're not going to do it over again. You're not going to do it over again. You're not going to change it because you already issued that decision. Correct. And therefore, you're not going to consider whether it was erroneous. There has to be some – something new and different or some reason to go behind it, or else you're just not applying a law of the case rule. If you want to come in and say we don't apply a law of the case rule, you can do that, perhaps. But you can't say we are applying a law of the case rule. The rule is that if it's wrong, we'll review it. Then you don't have a law of the case rule. Well, we're trying to apply the exceptions is what the Board – the administrative rule, the clearly erroneous exceptions, the law of the case doctrine. The fact that the earlier ruling was clearly erroneous, it was based on extrinsic evidence. The Department of the Board should not be adjudicating questions of breach. And to this extent, of course, there was some intervening case law that demonstrated clearly to the Board that it should not be adjudicating questions of breach. Intervening case law is another matter, because generally in the law of the case doctrine, you do look at intervening case law. You don't look back beyond what you've already done. So what's the intervening case law? Now, it isn't – it isn't intervening as a part – as a condition of the violating the clearly erroneous – of not using law of the case. It's a – it intervened to help the Board understand, to clarify to the Board that it should not be adjudicating clearly erroneous – it should not be adjudicating questions of breach in this case. This case really is about whether or not it was breached in terms of what the fundamental issue, the underlying issue was, that made the previous decision clearly erroneous. But what's the answer to my question of whether you can have a breach of an agreement that hasn't been approved yet? I can't hear you. What? Can you have a breach of a – of an agreement that has not yet been approved by the Secretary of Labor? The Secretary of Labor should not be dealing with that question. I'm asking whether an agreement even exists to be breached before the Secretary of Labor approves it. I know of no case in which that has been, you know, done by the Department of Labor. I know that cases have been brought to the Department of Labor, and they have ruled that they should not rule on that question. I would presume that it can happen. But there's no agreement. In which case – But this is an agreement, as I understand it, which is actually between the Secretary of Labor and the Respondent, right? The Secretary of Labor has to enter into the agreement. The Secretary of Labor does not create the agreement. I understand that. If there is – if the Secretary of Labor has not entered into the agreement and there is then a breach, can it be sued upon before the Secretary of Labor has entered into it? No. No. So there is actually no agreement, and it actually couldn't have been breached. But there is an agreement. Rood received the benefits of this agreement. That's what I'm trying to understand. It's very strange to me. What does it mean to say that the Secretary of Labor has to approve it, but it exists independently, apparently? Well, the Secretary's role is to approve or disapprove based on this – the – whether it's fair, adequate, and reasonable.  Whether the agreement has been breached by one of the parties is not one of the questions that the Secretary is empowered to adjudicate. Is that explaining it any clearer? It's not really. I mean, could – suppose that they had never paid the $115,000 or whatever amount of money it was during this whole period for the last 15 years, which is outrageous, by the way, that this thing was pending. Could they have gone to Federal – to State court in Washington and sued for breach of the promise to pay the $115,000, yes or no? I don't know. I don't know what the State law is in the State of Washington. But is it State law, or is there simply no agreement until the Secretary of Labor has entered into it? I think the parties form these settlement agreements and have these settlement agreements. It's not approved until the Secretary of Labor approves it. What difference does it make if it's approved, if it's already operative before it's approved? And what would be the good of having the Secretary of Labor have to be involved in it? Is there a role? What's the good of it if it's already operative before the Secretary of Labor gets into it? It's already operative. I mean, it goes. That's what we're – the question has – that we have here is not whether the agreement was operative because the benefits were paid to Mr. Rood, and not just the money, which was substantial, but the correcting of his record and things like that. What if having the Secretary of Labor do anything? Suppose they now disapproved it. What would happen then? Then there would have been a problem between Westinghouse, Hanford, and Rood about the money that Rood collected. I'd like to – I'd like to go on and just mention the fact that the crux of the disagreement, as outlined by Mr. Rood's counsel, was that it had to do with the public interest question. And, in fact, they were really talking about the breach question. That was the question on which it was not fair, adequate, and reasonable. So that it's not a different question in terms – in making that conclusion. The Board's use of the Williams case was really, as I mentioned to you earlier, to enhance its position that it had observed before without understanding its true role in not adjudicating settlement agreements, the merits. And that was a final settlement agreement, and this one supposedly is not a final settlement agreement, right? That was an agreement in which the Secretary of Labor had entered into an agreement, right? Yes. There was an enforcement case. It was not a settlement case. But I beg your pardon? Yes. This one is not. That's what – this is – the question is whether the Secretary will approve. And the context, the legal context under the subject of breach of settlement agreements is the same that the Secretary – it's not in the statute for the Secretary to do more than approve or disapprove. The Secretary cannot go into the writing of an agreement and make decisions to change it. That was the first NACTILE case in 1991 ruled that way. Is it correct that an agreement of this type is not a final agreement until the Secretary approves? That's correct. Or disapproves. And that's the sole decision for the Secretary? That's right. And in this case – and in this case – I have a follow-up question. Oh, I'm sorry. If you have a – what do you call an agreement before – this document before the Secretary approves? It's an agreement. Fullest agreement? No. It's an agreement. It's presented to the Secretary. It's non-final. A non-final agreement. That's correct. Can there be a breach of a non-final agreement? The Secretary cannot adjudicate a breach of a non-final agreement. The parties must take that someplace else. I think I've heard that answer now three times, but it doesn't respond to the question. Can there be a breach of a non-final, non-Secretary-approved agreement? I would think that the parties could breach it in terms of they could violate the agreement. That would not affect the Secretary's role. You know, if you have a settlement agreement in a standard court case and it requires court approval and it hasn't been approved by the court yet, no one would argue that you could have a breach. If you had a divorce settlement and it had required approval by the court, no one would argue that you could have a breach before the court said yes, no, or refined in this way. Why is this different? Well, I'm not sure that I'm correct, then, to say that it's different. I just think that the rulings that the Secretary has made and my understanding of the case law is that that question is not one for the Secretary to answer. Is a non-final, non-Secretary-approved agreement enforceable? Non-final, non-Secretary-approved? I do not think so. Can you just tell me before it was? I said, I mean, this is really, it's important for lots of reasons. One, the reason it's important, among others, is that you're characterizing this as reviewing a breach, but if there really wasn't an agreement at all, it really isn't a breach. It's really, as your opponent was suggesting, some evidence that came up later to demonstrate that the earlier, the agreement is really not fair and that there's a larger problem. And it's not about breach because there's no agreement. So we need to know the answer to that. The Secretary needs to apply the correct answer. The Secretary should not be approving something or disapproving something that she shouldn't have been involved with in terms of the status of the case to begin with. That was the clearly erroneous thing. The underlying reasons were the questions of breach. The main reason is the focus on the fact that the Secretary's role is limited by statute to approving or disapproving. And the Secretary say what I have before me is not an agreement at all? Well, the Secretary didn't. Or I can't act, so if the parties want to present me with an actual agreement, I'll act. But until they do, I won't. Could she do that? I would think she could. Did that happen here? No. This case proceeded along a series of procedural steps involving this, but there was no final decision. But in fact, what she did was disapprove. You say she didn't approve or disapprove. She disapproved. Yes. But she disapproved and remanded the case for further exploration of facts, facts about the question of breach at Savannah River and so forth. And you keep talking about breach of an agreement that apparently was never entered into and never could have been. It was not entered into. That's correct. That's the issue that worked around this particular case, was whether or not it had been breached. And the Secretary's decision that she was asked to review by the – through the Administrative Review Board was the question of whether the law of the case – she was correct not to apply the law of the case doctrine in this case. Ms. Brenner? Yes. Ms. Brenner? Yes.  Sure. Okay? Sure. All right. I think – pardon me. What you're contending is that the Secretary was not bound by law of the case and therefore could decide that the earlier disapproval was inappropriate. Now, the next thing then the Secretary would have to decide, it seems to me, is whether to approve this agreement. Correct. And in making that decision, the question seems to be what can the Secretary consider? Your opponent, I think, would argue that the Secretary can consider a number of things to determine whether approval of this agreement would be in the public interest, and one of those things would be the conduct of the parties since the agreement was at least signed. Now, would you say the Secretary cannot consider that conduct? I think the Secretary did consider and included this, the fact that the parties had not changed their positions, that money had been paid, the parties – Well, you and I – pardon me. Pardon me. Now, you and I may differ on that. It seems to me that the board took the position, I guess that's what we're talking about here, that it could not consider the parties' conduct, which some way or another they started referring to in the term by the word breach, and it couldn't consider that conduct, and therefore putting that conduct aside, it was appropriate to approve the agreement. The parties did not – I have to sum up now. The parties did not change their position vis-à-vis the agreement. The parties remained where they were. They had – the money had changed hands. ALJ had earlier approved the agreement as fair, adequate, and reasonable. The – those things did not change. The parties did not seek to make any changes before the board during this period. And so I would argue that the board did consider that. Yes. Okay. Okay. We do think there was notice the question of breach was addressed in the parties' brief to the board, and in fact, Rood had ample opportunity because Westinghouse had argued in detail about the law of the case, and Rood elected not to do it in detail. So therefore, we would request that the – that this Court affirm the board's decision and agree with the adoption of the brief as fair – of the settlement as fair, adequate, and reasonable. Let me ask you one follow-up question. I'll give you the answer at the same time. What – if you had to enunciate the board's law of the case doctrine, what is the board's doctrine and where would you find it? I can't hear you. What is the board's doctrine of law of the case and where is it? Well, the board simply adopts the Ninth Circuit's rulings about law of the case. That's what the board has done. And it cited the Christensen v. Colt case in this case, cited the ANET, its own – one of its own board decisions in which it had adopted law of the case, had said it would not run afoul of law of the case. And so it uses the same standards that this Circuit uses, which are the three exceptions or, in some one line of cases, either in the disjunctive to rule about manifest injustice. So there would be four or five factors in those cases. And here you don't think it was a manifest injustice. Well, we think manifest injustice in a case like this where the parties are diametrically opposed and one party is going to bear the brunt of a wrong decision, we believe that when there's a – if the decision is not corrected, there's an obvious manifest injustice, and we tried to show that with citing – But then there is no law of the case doctrine. Again, if your rule is that we're going to look to see whether we made the right decision the first time, then you don't have a law of the case doctrine. That's what I'm trying to figure out. Well, Your Honor, we understood it to be that the issue before the Court was that we did have a law of the case doctrine to apply, and so that's why we responded to it, and so forth. This was what was presented to us, so that was the argument that we made. I think I have to stand with that, and we would request the Court's approval. Thank you for your argument, counsel. Appreciate it. Rebuttal? Do you have time? Mr. Brenner was going to give me five minutes more time to see that. But with the Court's permission, may I briefly make a comment? Certainly. Why don't we give you three minutes? Let's put three minutes on the clock. Thank you, Your Honor. Hang on just a second. To please the Court, my name is Stuart Dunwoody. I represent the intervener-respondent Westinghouse Hanford Company. I wanted to briefly address two points. One is on Mr. Guyer's argument that it was unfair because the Board didn't tell Mr. Rood that it would reconsider on this particular point, that it wouldn't reconsider this issue of whether what the AR or what the Board called breach of the agreement was a reason not to approve it. That issue, however, was something – there's no unfairness in that because the way the Board got to that decision was all on its own to begin with. What I mean by that is that when the case was initially – that Mr. Rood did not argue before the ALJ or the Board that Westinghouse Hanford Company's actions in South Carolina amounted to a breach of the agreement and therefore were a reason not to approve it. Instead, as the Board said in its second decision, that's at ER 177, Rood argued only that the – because there was a confidentiality provision, it couldn't be presented to the Board for approval and that Westinghouse had engaged in fraud because it didn't intend to abide by it when it entered into it. And during the hearing, Rood said, the reason I'm putting in all this information about South Carolina is to show that these individuals, when they were employed by Westinghouse, never intended to abide by it because when they left Westinghouse and went to Westinghouse-Savannah River, they continued to discriminate. So the – and – but the ARB did not – it said – Are you saying there's a difference between a breach and an intention not to abide by the terms? I'm not trying to say that yet. I want to get to that in a moment. But what I'm saying is that the basis on which the ARB decided not to approve the settlement agreement in the first decision was not one that was argued by either party. It was a surprise to both parties. So if there's – if there's no unfairness when that happens, there certainly is no unfairness when the Board says later on, you know what, we made a mistake. As far as the breach of the agreement, the agreement certainly was given effect by the parties. Westinghouse Hanford Company paid the consideration. Mr. Rood kept it. And then also in the state court case, when Mr. Rood sued in Washington State Court, we argued that he had released his claims in the settlement agreement. And Mr. Rood's response was, well, that the agreement was void for fraud, and the Washington State Court rejected that. So the Washington State Court certainly has treated this as an enforceable agreement. And – What is the point – and this is just very disjointed when outside. What is the point of having the Secretary of Labor's opinion? I believe that it at least requires that the – while the parties are – until the Secretary of Labor – I think the point of the Secretary of Labor's approval is to make sure that there's not overreaching by employers in – And if they had disapproved, if the disapproval had stopped, you would have gone back for a new hearing in the merits. Presumably Mr. Rood could have lost, theoretically. That's right. And then what? What happens to $115,000? Then I think we would probably have an action to recover that for, I don't know, money hadn't received or something like that. But as – but in any event, the Washington State Court has treated it as an approved agreement. And I think that there's probably an obligation of parties to act consistent with the agreement while it's being – while it's under consideration by the board. Thank you for your argument. Appreciate it. Let's put three minutes on the clock for a moment. A couple of points. First of all, with respect to what the intervening law was cited by the – by the 2002 ARB, the Court, as Your Honor already noted, Williams, is a completely different issue, because that deals with jurisdiction, with the power to visit a settlement. Whereas the second decision, Balog v. MedSafe, that is one that says the Secretary has the power to approve or disapprove of a settlement, but that the Secretary will approve settlements unless there has been, quote, a material change in circumstances. In the Balog decision, which was a 2000 decision cited by the ARB as intervening authority, the Balog decision itself cites the Rude ARB decision of 1997 exactly for the proposition that the Rude case is the kind of case where change of circumstances justifies rejection of a settlement. And we thoroughly briefed that. But the point is, is you don't have any intervening authority cited by the 2002 ARB. You don't have intervening case law. You don't have clear error. And because you don't have clear error, then presumably you'd look to see if there was manifest injustice. The government, in page 24 of its brief, notes that although, as noted above, the Board did not explicitly address the question of whether a manifest injustice would result. The Board never dealt with the manifest injustice. So what you basically have is the Board saying, we do have a law of the case doctrine, and it's very similar to the court's law of the case doctrine. And you need one of two things. You have to have the error of the law by intervening law, which we don't have here, or you have to have manifest injustice, which the Board never dealt with it. So we think that just on the merits of it, that there's insufficient basis to sustain this decision. As to changed positions, I suppose it's a judgment call to decide if when the case was remanded for trial, on June 7th of 1994, whether or not having to go through two additional trials, two additional appeals to the ARP over a nine-year period, does that constitute a change in position? It seems to me that it is plain that it does. Thank you. Thank you for your argument, counsel. Thank both sides for their arguments. The case just argued will be submitted for decision. Thank you.
judges: Thompson, Hawkins, Berzon